FILED IN CLERK'S OFFICE
OCT 16 '23 PM 1:14 USDC MA

# THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DIVISION OF MASSACHUSETTS

Alfred Lane-Bey      Civil Action No.
    Moorish-Plaintiff

V.

ALFRED DARNELL LANE T98017 (Corporate Entity)
Maura T. Healey, Governor
Shawn P. Jenkins, Chief of Staff
Dean Gray, Superintendent
Tocci Thomas M., C.O III
    Defendant(s)

## The Court's shall Take Judicial Notice

"We hold these truth's to be self evident, that man is made in the image and after the likeness of the Great God Allah, their Creator, that no man can be 'Black, Negro, nor Colored', Etc.' and be attach to the human family." (Noble Drew Ali)

## I. Jurisdiction & Venue

1.) This Civil Action authorized by 42 USC 1983 to redress the deprivation, under color of Law, or Rights secured by the Constitution of the United States. The District court has Jurisdiction under 28 USC 1331-1332(A)(2) and 1362. This Moorish American', In Propria Persona, 'Sui Juris' (not Pro se nor Colorable) Plaintiff also seek

1

declaratory relief, authorized by 28 USC 2283 and 2284, also rule 65 of federal rules of civil procedure.

2.) The central Division of massachusetts is the appropriate venue under 28 USC 1391(b)(2)

## II. moorish American Plaintiff

3.) Comes now, by special visitation, Alfred Lane-Bey, a Indigenous moor/moorish American, In Propria Persona, 'Sui Juris' (not Pro Se nor colorable), at all time mention, This moorish American plaintiff is being held as a hostage under unconstitutional Judgements.

## III. Defendants

4.) Defendant, ALFRED DARNELL LANE T98017 (various derivative) is a fictitous entity who's label 'Black' (Three fifth's of a Person), that's created to obtain Jurisdiction over this moor/moorish American Plaintiff.

5.) Defendant, Maura T. Healey, is the Governor of the State of massachusetts, who allowed the state that he/she is governing to convert plaintiff's private property to public use without consent nor compensation.

6.) Defendant, Tacci Thomas M., is a C.O. at Souza-Baranowski correctional center and he/she denied plaintiff's relief based on time limit.

7.) Defendant, Dean Gray, is the superintendent at Souza-Baranowski, he not only denied this moorish Plaintiff relief but he is legally responsible for the day

2

to day operation of the prison and for the welfare of hostages held in this prison.

8.) Defendant, Shawn P. Jenkins, is the chief of staff for the department of corrections. Shawn P. Jenkins are allowing fraudulent records to be use that do not identify moorish plaintiff 'Proper Person Status'

9.) Each defendant is sued individually and in his official capacity, except ALFRED DARIUELL LANE T98017, it is sued as a corporate entity, at all times mentioned in this complaint each officer/defendant acted under color of state Law.

### IV. Status of moorish American's

10.) The present union state's municipal and civil laws and codes of the land are an 'incorporated unit of self government' established by the political powers of the 'General Assembly' of each state of union, and initiated at Philadephia, Pennsylvania, North America in the year of 1854. It govern 'only' the Right's and conduct of 'White People'(Europeans), Christian's and Jew's, of the 1863 union state's Right's Republic, under the magna charta, The knight's of columbus, code, and the ku klux klan oath. Forever said denies citizenship in the united states Republic (u.s.A) to the descendant's of the moorish Nation in the western hemiphere, erroneously referred to and branded and misnomered as, Negro, Black, colored and African American, Etc., Etc.. In Addition;

3

11.) Egypt, The capital Empire of the Dominion of Amexem (Africa). The Inhabitant's of Amexem (Africa) are the descendants of the Ancient Canaanites from the land of Canaan, The moabites from the land of moab who received premission from the pharaoh of Egypt to settle and inhabit north-west and south-west Africa, they were the founder's and are the true possessor's of the present moroccan Empire with there Canaanites, Hittites and Amorites brethern who sojourned from the land of canaan Seeking new homes. Their dominion and inhabitation extended from North, South, and central America and also mexico and the Atlantis Island's, before the Great Earthquake, which caused the Great Atlantic ocean.

V. <u>Indigenous Status of moorish American</u>

12.) The Al-moroccan (American) continent's are the land of the moors; being North, South, Central America, including the adjoining Island's (Americana/Ameru/Al-moroc). True moorish American have acknowledge claim, and possess, by said Inheritance and primogeniture, the freehold status thereto; all unalienable and substantive Rights, to be, to enjoy, and act distinct in our aboriginal Customs and culture; and determine our own political, social and economic status of state turning our heart's and minds back to our ancient mother's and father's moors/muurs by divine and natural Law, being moorish American, we have and possess the international recognized Rights

4

to determine our own. The supreme court of the united States (in landmark case) of Dredscott v. sandford 68 us (19 Howard) 393 (1857) held that "Negro wether held to Slavery or free were not included and were not intended to be included in the category of citizens (subjects) of the union states Republic (U.S.A). Resultantly, the true indigenous nobles of the Al-moroccan Empire (free moors), bearers of the names/Titles; Ali, El, Bey, Dey and Al are excluded from the Union states Republic (U.S.A) Jurisdiction. The True nobles of the Al-moroccan Empire are sovereigns, private, and self governed, by Right Law principles and customs, also the five highest principles of Love, Truth, Peace, Freedom and Justice.

### VI. Origin of moorish Americans

13.) "Status of state"; absent of threat, coercion, or acquiescence to color of Law, a color of office, nor to be subjected to an imposed color of Authority

### VII. Legal Claim's

14.) By my 'Proper Person status' being label 'Black' (Three fifths of a Person) by the defendant's is unlawful, unconstitutional and denationalizing. All so-called Negro, colored and black people were and are declared label's and names of slavery, as property (Three fifths of a Person). These mark's were introduced through the 'Black code Laws' (ex post facto) of 1774 replacing the true nationality and tribal names

5

of the African moor's, these mark's (Black, Negro, Colored) was created by the United States, never imported from Africa, and In 1779 Congress ratified these label's and slavery, as an institution.

In 1865, the institution of legal slavery was abolished by the 13th Amendment, out went the slave's, the slave mark's (Black, Negro, Colored) and also the slave master's, furthermore the casting of denationalization by the 'Letter of Law'. All people, who are free national's are born with the 'inalienable Right' to the inherent nationality of there forefather's, eg. Chinese, German, Eygptian or moorish and any act unlawful or disguised, which deprives a person or people of this birthright, Given by there Creator is an act of 'DENATIONALIZATION' and 'GENOCIDE'.

These are first degree criminal violation's for any so-called government to enact upon people under colorable amendment to it's 'Constitutional Law's', HENCE FORMAL CHARGES! This is enforcing ex post facto laws that violate's Article I section 9, clause 3 and section 10, and also a violation of the 13th Amendment of the U.S. Constitution. Any Court, Person, Public office/officer or any franchise that enforce these law's are criminal liable.

15.) All federal district and circuit court's are created as territorial 'Property' or 'franchise' Court's whose sole purpose is to supervise the management of all community property of the state union pursuant to Article IV, section 3, clause 2 of the U.S. Constitution. A

6

franchise Court do not act in the Judicial Branch of the government, but rather within the Executive Branch as a Legislative 'franchise' court.

Therefore, by the defendant's compelling this aggrieved moor/moorish American plaintiff 'In Propria Persona' to accept the fictitous charges on the franchise Documents;

a.) make Right's guranteed by the Constitution no longer unalienable. An 'inalienable' Right is one that cannot be sole, bargained away or transferred to the government by 'ANY' method, including the authority of law and specially by the mechanism of franchise.

b.) Destroy's the Seperation of power's between the Judicial and Executive Branches.

c.) violates the mandate of the constitution Article IV Section 4, to protect every state (People) from invasion by either other state (People) of the federal or national government. Any attempt to destroy Right's, and specially through compelled participation in franchise, is invasion in every sense of the word, even though not physical or military invasion.

16.) The defendant's are compelling this aggrieved moor/moorish American plaintiff 'In Propria Persona' to accept the duties of the franchise or accept the obiligation of 'public officer' or the 'straw man' that's attach to it without compensation and this is engaging in involuntary servitude in violation of the 13th. Amendment, 18 USC 1581 and 42 USC 1994 (Peonage). Also, any court that tries

7.

to compel this the plaintiff to accept the duties of a franchise that they cannot prove consent on the record to participate, they are also abusing legal process to enslave, in criminal violation of 18 USC 1589(3) and owe mandatory restitution to pursuant to 18 USC 1593

Furthermore, this is fraud by trying to impersonate me to be a public officer, in criminal violation of 18 USC 912, I'm not here as a public officer and the defendant's are compelling me to act like one without compensation and without legal authority. What has been stated above the defendant's are violating the 5th Amendment (Taking clause) and 18 USC 654 (Conversion), theft, by converting my private property to public use without consent. no one may lawfully compel this aggrieved moor/moorish American plaintiff 'In Propria Persona' to accept the duties of any franchise or public officer, neither congress nor any Judge without my consent.

17.) Furthermore, information/records the defendant's have in their possession to prove there authority to continue holding plaintiff as an 'Political Hostage' is fraudulent and void ab initio due to false statements and identity fraud that is on them record's, which is a violation of 18 USC 912 and 26 USC 7206, not only that, everything that's on the defendant's record's is 'Prima facie' evidence according to 1 USC 204, consequently is nothing more than a presumption. A presumption is not evidence, it is a violation of due process of law to

8

treat them as evidence, and a Judge have no delegated authority to turn them into evidence. If a Judge turns a presumption into evidence he/she in fact, establish a state sponsored religion in violation of the 1st Amendment. (Establishment clause)

18.) Furthermore, The organic united states Republic Constitution (derived from ancient moabite/moorish Law) remain's 'The Supreme Law of The Land' and all treaties made, or which shall be made, under authority of the united states Code of Title 4, Chapter 1. Any law repugnant to the constitution, shall remain 'colorable' and is null and void. Marbury v. Madison 5 u.s. 137, 174, 176 (1803). Any municipal officer, Person, Personael, Employee or contractor who violates the Right of the people are subjected to suit in their personal and/or official capacity.

19.) Therefore, without a valid contract, agreement, a meeting of the mind's of a foundational instrument with this aggrieved moor/moorish American bonafide signature 'In Propria Persona' on it requiring specific proformance, with tender payment and placed on the record's, the The united states by way of The Commonwealth of massachusetts, and any franchises or any public office/ officer has no legal standings, thus Jurisdiction to further unlawfully and unconstitutionally hold this moor/moorish American captive in their custody or any custody et al.

20.) In addition, to what was stated above and throughout, Each and every defendant are all using fraudulent record's that does not identify this moor/moorish American "In Propcia Persona" (Proper self), instead identifies a "Corporate entity" (ALFRED DARNELL LANE), who's label "Black" (Three fifth's of a Person) with a "social security" number this moor/moorish American doesn't own (see. 20 C.F.R. 422.103(d)). These fraudulent record's are being used to continue holding this moorish plaintiff as a "Political Hostage" and to subject this moor to policies/procedures that govern slaves.

furthermore, The defendant's are "Public Officer's" of the government and can only execute the office in a place "EXPRESSLY" authorized by congress, pursuant to 4 USC 72, which mean "ONLY" in the District of Columbia and "NOT ELSE WHERE". These act's that's being committed against this moorish plaintiff by the defendant's, that been stated abouved and throughout, are unlawful, unconstitutional and denationalizing, which is a federal and international offence, and ignorance of the law is not an excuse!

### VIII. Exhaustion of Legal Remedies

21.) This moor/moorish American sovereign 'In Propria Persona', 'Sui Juris' (not Pro Se nor colorable) has exhausted the Adminstrative process. Now this complaint is properly before court. (See. Exhibit C)

10

## IX. Demand for Relief

22.) Wherefore, this moorish American sovereign respectfully demands that this court enter judgement.

a.) Granting moorish Plaintiff a declaration that the acts and omission described herein violated the Right's under the constitution and laws of the United states and;

b.) A preliminary and permanent injunction ordering defendant's, Dean Gray, superintendent and chief of staff, Shawn P. Jenkin's to cease applying D.O.C. policies to moorish plaintiff.

c.) Granting moorish plaintiff compensation damage in the amount of $Ten million against each and every defendant, Jointly and severally.

d.) Granting moorish plaintiff Alfred Lane-Bey compensatory damage in the amount of $Ten million against the Corporate entity ALFRED DARNELL LANE T 98017

e.) Granting moorish plaintiff punitive damage in the amount of $Ten million against each defendant, Jointly and severally.

Without Prejudice

*[signature]*

Alfred Lane-Bey
Moorish American
"In Propria Persona, Sui Juris"
(not Pro Se nor colorable)

## Acknowledgement

Subscribed to sworn before me this 28th day of September 2023 A.D. notary that Alfred Lane-Bey personally appeared and known to me to the man whose name subscribed to within this instrument and acknowledge to be the same.

*[signature]* seal

Notary public and for state MASSACHUSETTS
my commission expires
2-8-2030

LISA CASTOLDI
Notary Public, Commonwealth of Massachusetts
My Commission Expires February 08, 2030

9-28-2023

*[signature]*

12