# United States Court of Appeals
### For the First Circuit

No. 23-1993

ALFRED LANE-BEY,

Plaintiff - Appellant,

v.

ALFRED DARNELL LANE T98017; MAURA T. HEALEY, Governor, State of Massachusetts, in her individual and official capacity; SHAWN P. JENKINS, Chief of Staff, Massachusetts Department of Correction, in his individual and official capacity; DEAN GRAY, Superintendent, Souza Baranowski Correctional Center, in his individual and official capacity; THOMAS M. TOCCI, C.O., Souza Baranowski Correctional Center, in his individual and official capacity,

Defendants - Appellees.

**JUDGMENT**

Entered: March 22, 2024
Pursuant to 1st Cir. R. 27.0(d)

On January 23, 2024, this court issued an order directing the appellant to either pay the $505.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status in this court before February 22, 2024. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee and a compliant request to appeal with in forma pauperis status has not been received by this court. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alfred Darnell Lane-Bey
Andrea J. Campbell